In the Matter of the Petition of BENJAMIN GITTLIN and Others, Petitioners-Appellants, to Compel HERMAN A. PACK, Trading as HERMAN PACK Co., Respondent, to Arbitrate Certain Disputes and Controversies Existing between Themselves. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOSEPH FISCHER, Appellant, against VICTORIA VOGUE, INC., a New York Corporation, Its President, Treasurer, Assistant Treasurer, Secretary, Assistant Secretary, and Other Officer, if Any, Who Has or Ought to Have the Custody of the Records of Said Corporation, Respondents. — Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion granted, except that, on consent of the petitioner, the respondents are not required to disclose the names of any of their customers. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CITY CONSTRUCTION CORPORATION, Judgment Creditor, Appellant, v. SAUL M. DUBOV, Judgment Debtor, Respondent.—Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. (See *Matter of Berkovitz* v. *Arbib & Houlberg, Inc.*, 230 N. Y. 261.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of FEDERATED TEXTILES, INC., Appellant, against KAPLAN BROS. TEXTILE CORP., Respondent, for an Order Requiring Said Defendant to Submit Certain Differences between the Parties to Arbitration.— Order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of FEDERATED TEXTILES, INC., Appellant, against KAPLAN BROS. TEXTILES CORP., Respondent, for an Order Requiring Said Defendant to Submit Certain Differences between the Parties to Arbitration.— Order unanimously reversed, with ten dollars costs and disbursements, and the motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ,